NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEFFREY ALLEN COLE,     )
            )
    Appellant,    )
            )
v.           )  Case No. 2D19-4519
            )
STATE OF FLORIDA,     )
            )
    Appellee.    )
_____)

Opinion filed September 4, 2020.

Appeal from the Circuit Court for DeSoto
County; Don Thomas Hall, Judge.

Jeffrey Allen Cole, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


    Affirmed.


VILLANTI, LUCAS, and SMITH, JJ., Concur.